LDA

PROB 22
(Rev12/06)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:07MJ47

DOCKET NUMBER *(Rec. Court)*
1:07-CR-039-01ML

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Dennis J. Ferrio, Jr.<br>Woonsocket, Rhode Island 02895 | EASTERN DISTRICT OF VIRGINIA | Norfolk | |
| | NAME OF SENTENCING JUDGE<br>The Honorable F. Bradford Stillman | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/23/07 | TO<br>1/22/08 |

OFFENSE

Driving While Under The Influence of Alcohol

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the RHODE ISLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 2, 2007
*Date*

F. Bradford Stillman
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/28/07
*Effective Date*

Mary M. Lisi
*Chief United States District Judge*