JAN 17 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

DENNIS J. FERRIO, JR.

Case No. 2:07mj47
Court Date: January 19, 2007

CRIMINAL INFORMATION

(Misdemeanor)- Violation No. N3002128

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 14, 2007, at Naval Station, Norfolk, Virginia on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DENNIS J. FERRIO, JR., did knowingly and unlawfully drive and operate a motor vehicle while under the influence of alcohol and while his blood alcohol level was at least .08 grams per 210 liters of breath but not greater than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .11 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: ______________________
S. G. Garner
Special Assistant U.S. Attorney

DEPUTY CLERK