FILED
4
CLERK, US DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
Norfolk Division

UNITED STATES OF AMERICA

v. Case Number: 2:07MJ47

DENNIS J. FERRIO, JR.

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s) One.

Accordingly, the defendant is adjudged guilty of the following count(s) involving the indicated offense(s).

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 18 U.S.C. 7 & 13, assimilating VA Code Sections 18.2-266 and 18.2-270 | Driving While Under The Influence of Alcohol | Misdemeanor | 01/14/07 | One |

As pronounced on 01/19/07 , the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

IT IS FURTHER ORDERED that the defendant is prohibited from operating a motor vehicle for a period of ONE (1) YEAR in the special maritime and territorial jurisdiction of the United States pursuant to Title 18 U.S.C. 13(b)(1).

Signed this 23rd day of January 2007.

F. Bradford Stillman
United States Magistrate Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY
DEPUTY CLERK

1/24/07 - copies distributed - CAP

4

**Case Number:** 2:07MJ47
**Defendant's Name:** DENNIS J. FERRIO, JR.

# PROBATION

The defendant is hereby placed on probation for a term of One YEAR.

The defendant shall not commit another federal, state or local crime.The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

If this judgment imposes a fine or restitution obligation , it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

# STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**Case Number:** 2:07MJ47
**Defendant's Name:** DENNIS J. FERRIO, JR.

# SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant is prohibited from operating a motor vehicle for a period of One (1) year.
2) The defendant is directed to participate in an alcohol education/treatment program as directed by the Probation Office.

**Case Number:** 2:07MJ47
**Defendant's Name:** DENNIS J. FERRIO, JR.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| | Count | Assessment | Fine | Restitution |
|---|---|---|---|---|
| | One | $25.00 | $250.00 | $0.00 |
| **TOTALS:** | | **$25.00** | **$250.00** | **$0.00** |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

DOCKET NO. 2:07mj47

v.

Dennis J. Ferrio, Jr.

FILED
IN OPEN COURT
JAN 19 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## ACKNOWLEDGEMENT OF CERTAIN RIGHTS

I am the defendant in this criminal proceeding.

I understand that I do not have to make any statement to anyone in connection with the charge(s) against me and that if I do make any statements they may be used against me. I further understand that I cannot be compelled to testify in this proceeding but that if I choose to testify on my own behalf, as I have the right to do, I will be subject to cross examination.

I understand that I have the right to assistance of a lawyer at all stages of the prosecution against me. I also understand that if I desire legal counsel but am financially unable to obtain counsel, and if there is a possibility that I can be confined in jail if I am found guilty, the court will appoint a lawyer to represent me (although, if I am able to do so, the court may require me to reimburse the federal treasury for the cost of furnishing counsel by making a delayed payment of periodic payments).

Date: 19 JAN 07 ______ Defendant

Date: ______ Defendant's Attorney (if any)

I hereby waive (give up) my right to have the assistance of a lawyer in this criminal proceeding.

Date: 19 JAN 07 ______ Defendant

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY ______
DEPUTY CLERK

FILED IN OPEN COURT

JAN 19 2007

CLERK, U.S. DISTRICT COURT NORFOLK, VA

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

Dennis J. Ferrio, Jr.

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE**

CASE NUMBER: 2:07mj47

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

x [signature]
Defendant

---

WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.** [signature]
Defendant

Consented to by United States [signature]
Signature

S. G. Garner SAUSA
Name and Title

---

WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

x [signature]
Defendant

A TESTE:
CLERK, U.S. DISTRICT COURT
BY [signature]
DEPUTY CLERK

Defendant's Attorney (if any)

Approved By: [signature]
U.S. Magistrate

1/19/06
Date

2