CLOSED

**U.S. District Court**
**Eastern District of Virginia (Norfolk)**
**CRIMINAL DOCKET FOR CASE #: 2:07-mj-00047-FBS All Defendants**
**Internal Use Only**

Case title: USA v. Ferrio

Date Filed: 01/17/2007
Date Terminated: 01/24/2007

---

Assigned to: Magistrate Judge F. Bradford Stillman

**Defendant**

**Dennis J. Ferrio, Jr.** (1)
*TERMINATED: 01/24/2007*

represented by **Dennis J. Ferrio, Jr.**
PRO SE

| **Pending Counts** | **Disposition** |
| --- | --- |
| T.18:7 & 13, Assim. Code of VA, SEc. 18.2-266 and 18.2-270 - Driving Under the Influence of Alcohol (1) | $250.00 fine; $25.00 special assessment; 1 year probation with special conditions |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**

represented by **Stephen Geoffrey Garner**
Special Assistant U.S. Attorney
2600 Tarawa Court, Suite 100
Norfolk, VA 23521-3229
**NA**
(804) 464-7483
Email: geoff.garner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2007 | 1 | CRIMINAL INFORMATION as to Dennis J. Ferrior, Jr (1) count(s) 1. (borg) (Entered: 01/17/2007) |
| 01/17/2007 | | Initial Appearance as to Dennis J. Ferrior, Jr. set for 1/19/2007 09:00 AM before Magistrate Judge F. Bradford Stillman. (borg) (Entered: 01/17/2007) |
| 01/19/2007 | | Minute Entry for proceedings held before Judge F. Bradford Stillman :Initial Appearance as to Dennis J. Ferrio, Jr held on 1/19/2007, Plea and Sentence Hearing held on 1/19/2007 Plea of guilty and sentencing on Count 1. (Tape #FTR.)Geoff Garner, SAUSA present on behalf of the United States. Deft. present pro se and pleads guilty to count one and is sentenced to $250.00 fine; $25.00 special assessment and 1 year probation with special conditions. (cdod) (Entered: 01/24/2007) |
| 01/19/2007 | 2 | CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE by Dennis J. Ferrio, Jr executed and filed in open court. (cdod) (Entered: 01/24/2007) |
| 01/19/2007 | 3 | Acknowledge of Rights as to Dennis J. Ferrio, Jr executed and filed in open court. (cdod) (Entered: 01/24/2007) |
| 01/24/2007 | 4 | JUDGMENT as to Dennis J. Ferrio, Jr. (1), Count(s) 1, $250.00 fine; $25.00 special assessment; 1 year probation with special conditions. Signed by Judge F. Bradford Stillman on 01/23/07. copies distributed 01/24/07 (cdod) (Entered: 01/24/2007) |
| 01/24/2007 | | (Court only) ***Set Flags as to Dennis J. Ferrio, Jr (cdod) (Entered: 01/24/2007) |
| 02/08/2007 | 5 | Restricted License Order as to Dennis J. Ferrio, Jr.. Signed by Judge F. Bradford Stillman on 2/6/07. Copies mailed. (they, ) (Entered: 02/12/2007) |
| 03/05/2007 | 6 | Probation Jurisdiction Transferred to Rhode Island as to Dennis J. Ferrio, Jr Transmitted Transfer of Jurisdiction form, with certified copies of information, judgment and docket sheet. (they, ) (Entered: 05/07/2007) |